IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 05-30086-07-GPM |
| ) | |
| RUBEN TORRES, ) | |
| ) | |
| Defendant. ) | |

# ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of Defendant Ruben Torres to Counts 1 and 7 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offenses.

A Presentence Investigation Report is ordered. The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report.

Sentencing is hereby scheduled for Monday, August 7, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 5/10/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge